## ALGERNON S. GILBERT *versus* FRANCIS LASSELLE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 204; (2) rule for default judgment *p. 337; (3) attendance of witness proved *p. 340.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of precipe for capias filed in county court; (4) copy of county court capias; (5) declaration; (6) precipe for office judgment; (7) precipe for subpoena; (8) subpoena; (9) precipe for execution ca. sa. and to tax attorney's fee; (10) writ of ca. sa. and precipe for alias; (11) writ of ca. sa. and return; (12) alias ca. sa.; (13) pluries fi. fa.; (14) precipe for fi. fa.; (15) precipe for alias ca. sa.; (16) promissory note.

*1821 Calendar*, MS p. 88. Recorded in *Book B*, MS pp. 184–89.

## JOHN MELDRUM *versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule to return habeas corpus *p. 204; (2) dismissed *p. 263.

PAPERS IN FILE: [None]

*1821 Calendar*, MS p. 89.